**Opinion issued February 13, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00910-CV

———————————

## ANNA RUHL AND ROBERT DELLINGER, Appellants

## V.

## FLIP FLOP SHOPS FRANCHISE COMPANY, LLC, Appellee

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case No. 1059993**

## MEMORANDUM OPINION

Appellants, Anna Ruhl and Robert Dellinger, have filed a motion to dismiss the appeal with prejudice because the parties have settled the underlying dispute. *See* TEX. R. APP. P. 42.1(a)(1). The motion contains a certificate of service, but does not contain a certificate of conference. *See* TEX. R. APP. P. 10.1(a). Ten days

have passed, however, and appellee has not filed a response in opposition.  *See id.* 10.1(b) (providing that court may determine motion before response is filed), 10.3(a) (providing, in pertinent part, that court should not hear or determine motion until ten days after motion is filed, unless motion states that parties have conferred and no party opposes motion).  No opinion has issued.  *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant appellants' motion and dismiss the appeal with prejudice.[1]  *See id.* 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.

---

[1]  Appellants have submitted a proposed order for each party to bear its respective costs of appeal.  Their motion, however, does not indicate that there is an agreement between the parties with respect to allocation of costs.  "Absent agreement of the parties, the court will tax costs against the appellant[s]." TEX. R. APP. P. 42.1(d).